1  CHARLES L. THOMPSON, IV, CA Bar No. 139927
   charles.thompson@ogletree.com
2  J.P. SCHREIBER, CA Bar No. 317829
   john.schreiber@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  Steuart Tower, Suite 1300
   One Market Plaza
5  San Francisco, CA  94105
   Telephone:    415-442-4810
6  Facsimile:    415-442-4870

7  Attorneys for Defendant
   SIGNAL PERFECTION, LTD.
8

9  EDGAR MANUKYAN, CA Bar No. 314606
   edgar@manukyanlawfirm.com
10 MANUKYAN LAW FIRM, APC.
   520 E. Wilson Ave. Suite 200
11 Glendale, CA 91206
   Telephone:    818.559.4444
12 Facsimile:    888.746.4420

13 Attorneys for Plaintiff
   FRANK SAITTA
14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| FRANK SAITTA, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>SIGNAL PERFECTION, LTD., a Florida Corporation; and DOES 1 through 20, inclusive,<br><br>            Defendant. | Case No. 3:20-cv-05953- RS<br><br>**STIPULATION AND ORDER TO SUBMIT MATTER TO BINDING ARBITRATION AND TO DISMISS COURT ACTION**<br><br>Complaint Filed: July 14, 2020<br><br>Trial Date:     None Set<br>Judge:          Hon. Joseph C. Spero |
|---|---|

## STIPULATION

WHEREAS, on July 14, 2020, Plaintiff Frank Saitta ("Plaintiff") filed this action in the Superior Court of California for the County of Alameda against Defendant Signal Perfection, Ltd. ("Defendant") asserting causes of action for: (1) Failure to Reinstate in Violation of the California Family Rights Act ("CFRA"); (2) Discrimination in Violation of the CFRA; (3) Retaliation in Violation of the CFRA; (4) Disability Discrimination in Violation of the Fair Employment and Housing Act ("FEHA"); (5) Failure to Engage in a Good Faith Interactive Process in Violation of the FEHA; (6) Failure to Provide Reasonable Accommodation in Violation of the FEHA; (7) Retaliation in Violation of the FEHA; (8) Failure to Prevent Discrimination and Retaliation in Violation of the FEHA; and (9) Wrongful Termination in Violation of Public Policy (the "Action").

WHEREAS, on August 24, 2020, Defendant removed this Action to this Court.

WHEREAS, the parties agree that they entered into and are bound by the arbitration agreement signed by Plaintiff on January 9, 2015, with respect to the claims at issue in the Action.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and agree as follows:

1. The Action shall be submitted to binding arbitration;
2. The Action shall be dismissed in its entirety, in light of the agreement to arbitrate, without prejudice to refile upon the conclusion of the arbitration to enforce any award, if necessary.

**IT IS SO STIPULATED.**

DATED: September 3, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ J.P. Schreiber*
CHARLES L. THOMPSON, IV
J.P. SCHREIBER

Attorneys for Defendant
SIGNAL PERFECTION, LTD.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 3, 2020 | MANUKYAN LAW FIRM, APC. |
| 3 | | |
| 4 | | By: */s/ Edgar Manukyan* |
| 5 | | EDGAR MANUKYAN |
| 6 | | Attorneys for Plaintiffs<br>FRANK SAITTA |

### ATTESTATION PER CIVIL L.R. 5-1(i)(3)

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATE:  September 3, 2020            By: */s/ J.P. Schreiber*
                                         J.P. Schreiber

                                     Attorneys for Defendant
                                     SIGNAL PERFECTION, LTD.

## ORDER

The above stipulation is approved.  This action shall be submitted to binding arbitration, and shall be dismissed in its entirety, in light of the agreement to arbitrate, without prejudice to refile upon the conclusion of the arbitration to enforce any award, if necessary.

**IT IS SO ORDERED.**

DATED:  September 15, 2020                     _____
                                                     HON. RICHARD SEEBORG
                                                     UNITED STATES DISTRICT JUDGE

43738069.1